UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EVERETT DICKINSON, | No. 12-CV-1093 NJV |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| LIEN CHING TSAI, et al. | |
| Defendants. _____/ | |

On April 3, 2012, Plaintiff filed a Notice of Dismissal of this action. No Defendant has yet appeared in the action. Accordingly, this action is HEREBY DISMISSED pursuant to Rule 41(a), Federal Rules of Civil Procedure. The Clerk is directed to close this action.

IT IS SO ORDERED.

Dated: April 4, 2012

NANDOR J. VADAS
United States Magistrate Judge